# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**BRANDY HARDNETT**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 1:24-CV-1045**

**MURPHY OIL USA, INC.**                                                            **DEFENDANT**

## ORDER

Before the Court is Plaintiff's Motion to Stay Pending Arbitration (Doc. 6). She advises that she and Defendant are parties to an enforceable arbitration agreement that covers all claims brought in this lawsuit.

Upon due consideration, **IT IS ORDERED** that the Motion is **GRANTED** and the parties are **COMPELLED TO ARBITRATION**. The case is **STAYED** pending arbitration, and the Clerk of Court is **DIRECTED TO ADMINISTRATIVELY TERMINATE THE CASE**. The parties may move to reopen it if further action of the Court is required after arbitration has concluded.

**IT IS SO ORDERED** on this 24th day of July, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE